1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY LANIL McCANTS,

11              Petitioner,                    No. 2: 10-cv-647 GEB KJN P

12        vs.

13   JAMES WALKER,

14              Respondent.               ORDER TO SHOW CAUSE

15   _____/

16              Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On May 21, 2010, respondent filed a motion to

18   dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part:

19   "Failure of the responding party to file written opposition or to file a statement of no opposition

20   may be deemed a waiver of any opposition to the granting of the motion . . . ."

21              Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause,

22   within twenty-one days, why his failure to oppose respondent's May 21, 2010 motion to dismiss

23   should not deemed a waiver of any opposition to the granting of the motion.  Petitioner is

24   cautioned that failure to respond to the instant order, or to file an opposition to the pending

25   ////

26   ////

1

1   motion to dismiss, will result in a recommendation that this action be dismissed.

2   DATED:  July 7, 2010

3

4

5                                                    _____

6                                                    KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

7   mccan647.dis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26